# Sixth District Court of Appeal
# State of Florida

_____

Case No. 6D2024-1579
Lower Tribunal No. 2024-SC-2699-O

_____

Ursule Bissereth,

Appellant,

v.

Loody Delice, Haitian Community Center of Orlando, Inc., and We Do It Right Services, Inc.,

Appellees.

_____

Appeal from the County Court for Orange County.
Evellen H. Jewett, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and PRATT, JJ., concur.


Ursule Bissereth, Kissimmee, pro se.

No Appearance for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED